IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO.: 3:12-cr-00246 |
| | ) | |
| vs. | ) | **FORTHWITH ORDER** |
| | ) | |
| RAUL ALEMAN-PEREZ | ) | |
| MARGARITO MANCIO-GOMEZ | ) | |
| NORASTO BARRERA | ) | |

It appearing to the Court that the Government requires certain records from SPRINT NEXTEL CORPORATION, which may be of evidentiary value in the above-captioned case. This case is currently scheduled for jury selection on July 17, 2012, and trial to begin thereafter, in Columbia, South Carolina. It further appearing that these records are needed prior to trial so that they can be inspected and furnished to the defendant, in accordance with Rule 16, Federal Rules of Criminal Procedure.

Accordingly, it is therefore

ORDERED that, in accordance with Rule 17(c) of the Federal Rules of Criminal Procedure, the records set forth in the attached subpoena be produced forthwith and delivered to the Government on or before July 17, 2012, in order that the records may be inspected and examined.

SO ORDERED this 28th day of June, 2012.

_____
JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina